140

CARL C. ADAIR *v.* KONA CORPORATION, A HAWAII CORPORATION, AND EDWARD C. HUSTACE, TRUSTEE OF THE STILLMAN TRUST.

No. 4603.

April 28, 1969.

Richardson, C.J., Marumoto, Abe, JJ., Circuit Judge Lum in Place of Levinson, J., Disqualified, and Circuit Judge Masato Doi Assigned by Reason of Vacancy.

*Per Curiam.* The petition for rehearing is denied without argument.

*Clinton R. Ashford (Ashford & Wriston* of counsel) for the petition.